# United States Court of Appeals for the Federal Circuit

---

**ALAN C. DIXON,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1564

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-01258-DAT, Judge David A. Tapp.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 10, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court